FILED
MAR 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0757-L |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute (Felony) |
| ALMA CESILIA CHAVEZ-NAVARRETE, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about February 14, 2008, within the Southern District of California, defendant ALMA CESILIA CHAVEZ-NAVARRETE, did knowingly and intentionally possess, with intent to distribute, 50 grams or more, to wit: approximately .78 kilograms (1.7 pounds), of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: 3/13/08.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:es:San Diego
2/26/08