AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                 DEP

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| ALMA CESILIA CHAVEZ-NAVARRETE | CASE NUMBER: 08 CR 757 L |

I, **ALMA CESILIA CHAVEZ-NAVARRETE**, the above named defendant, who is accused of committing the following offense:

Possession of Methamphetamine with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1) (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _3/13/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Alma ch._
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer