1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16

| | |
|---|---|
| ALMA CHAVEZ NAVARRETE,<br><br>       Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>       Respondent. | Criminal No. 08-CR-0757-L<br>Civil No.     09-CV-1112-L<br><br>**ORDER DISMISSING WITH PREJUDICE PETITIONER'S MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE OR CORRECT SENTENCE** |

17
18
19
20
21
22
23
24
25
26
27
28

On May 21, 2009, Petitioner filed an unspecified "Motion."  The Court liberally construes Petitioner's filing as a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct sentence.  The Court has reviewed the record in this case, which clearly establishes that Petitioner waived both her right to appeal and to collaterally attack her conviction and sentence. (Plea Agreement, at 11.)  Petitioner's motion raises no challenge to the validity of that waiver, therefore this Court lacks jurisdiction to consider any collateral challenge to her conviction and sentence. *See Washington v. Lampert*, 422 F.3d 864, 869-70 (9th Cir. 2005) (recognizing that if sentencing agreement's waiver of the right to file a federal habeas petition was valid, district court lacked jurisdiction to hear the case).

...
...

1    Accordingly, Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28

2 U.S.C. § 2255 is **DISMISSED WITH PREJUDICE**.

3    **IT IS SO ORDERED.**

4

5 DATED:  May 27, 2009

6                                        _____

7                                        M. James Lorenz
                                         United States District Court Judge

8

COPIES TO:

9

PETITIONER
10 U.S. ATTORNEY'S OFFICE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08CR757; 09CV1112